IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Shirley Pryor, )| | |
|     Plaintiff, )| | |
| )| | |
| v. )| No. | 10 C 6238 |
| )| | |
| Mercantile Adjustment Bureau, LLC, a )| Judge Nordberg | |
| New York limited liability company, )| | |
|     Defendant. )| | |

NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to F.R.C.P. Rule 41, hereby voluntarily dismisses her claims against the Defendant, with prejudice.

Dated: November 4, 2010

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps    (Ill. Bar No. 06196285)
Mary E. Philipps    (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 4, 2010 a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically**.** Notice of this filing will be sent to the following party via U.S. Mail, first class postage pre-paid, on November 4, 2010, by 5:00 p.m.

Jennifer D. Wilson, Compliance Support Manager
Mercantile Adjustment Bureau, LLC
6390 Main Street
Suite 160
Williamsville, New York 14221


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

2